In the Matter of Proving an Alleged Codicil to the Will
of WILLIAM C. HARRIS, Deceased.

MABEL H. MORPHY, Appellant; FRANK W. CRANDALL et
al., as Executors, Respondents.

*Matter of Harris*, 188 App. Div. 950, affirmed.

(Argued January 6, 1920; decided January 20, 1920.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered May 14, 1919, modifying and affirming as modified
a decree of the Chautauqua County Surrogate's Court
admitting to probate a paper propounded as a codicil
to the will of William C. Harris, deceased. The codicil
read as follows:

" KNOW ALL MEN BY THESE PRESENTS, that I,
William C. Harris, of Westfield, New York, do hereby
make, publish and declare this Codicil to my Last Will
and Testament.

" *First*. I do hereby cancel and revoke Articles
Numbered Three (3) and Five (5) of my said Last Will
and Testament.

" In Witness Whereof, I have hereunto subscribed my
name this 26th day of February in the year one thousand
nine hundred and sixteen.

" WILLIAM C. HARRIS."

The contestant contended that there was nothing
therein to show to what particular will the codicil referred,
'and that it was, therefore, null and void.

*Frank C. Ferguson* for appellant.

*Arthur B. Ottaway* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO,
POUND, CRANE and ANDREWS, JJ.